IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DETRIC CONWAY                                                                                      PLAINTIFF

v.                                               Civil No. 6:15-cv-6028

PAUL NORRIS and
SCOTT LAMPINEN                                                                                   DEFENDANTS

## JUDGMENT

Currently before the Court is Defendants Paul Norris and Scott Lampinen's Motion for Summary Judgment (ECF No. 51). Plaintiff Detric Conway filed a response. (ECF No. 59). Defendants filed a reply. (ECF No. 60). Plaintiff filed a sur reply. (ECF No. 61). The Court finds the matter ripe for consideration.

For the reasons set forth in the Memorandum Opinion of even date, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 51) should be and hereby is **GRANTED**. Plaintiff's case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of March, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge